ORIGINAL

CV 23-2247

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK


RECEIVED
MAR 22 2023
PRO SE OFFICE

Tyrone Jefferson

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Institute for Community Living, Judy Ruden

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Complaint for a Civil Case

Case No. _____
*(to be filled in by the Clerk's Office)*

KOVNER, J

Jury Trial:  ☐ Yes  ☑ No
*(check one)*

POLLAK, M.J.

I. The Parties to This Complaint

A. The Plaintiff(s) Tyrone Jefferson 9138 193rd

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Tyrone Jefferson
Street Address: 9138 193rd street
City and County: Hollis Queens
State and Zip Code: NY NY 11423 #3
Telephone Number: 929-599-7092
E-mail Address: tjefferson0322@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: Institute for community living
Job or Title (if known):
Street Address: 125 Broad street
City and County: New York NY
State and Zip Code: 10004
Telephone Number: 212-385-3030
E-mail Address (if known):

Defendant No. 2
Name: Judy Ruden
Job or Title (if known): CEO
Street Address: 125 Broad street New York
City and County: NY 10004

2

|                        |     |
|------------------------|-----|
| State and Zip Code     | _____ |
| Telephone Number       | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 3

|                        |     |
|------------------------|-----|
| Name                   | _____ |
| Job or Title (if known) | _____ |
| Street Address City    | _____ |
| and County State       | _____ |
| and Zip Code           | _____ |
| Telephone Number       | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 4

|                        |     |
|------------------------|-----|
| Name                   | _____ |
| Job or Title (if known) | _____ |
| Street Address City    | _____ |
| and County State       | _____ |
| and Zip Code           | _____ |
| Telephone Number       | _____ |
| E-mail Address (if known) | _____ |

II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Pshocologicail turchure, Discrimination Pysicale Abuse, Fraud, Black male

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Cameal law David, Dayrle More, Melody Clemonds, Gordon luis, David Camnitzer, Moreen Ataliano, Howard Goldberg, Institute for Community living - Genacide

Tyrone Jefferson
9138 193rd Street
Hollis Queens
NY 11423 #3
3-22-2023 9:00 am

Eastern District Federal Court
House Brooklyn NY Camden plaza

Institute for Community living I need protection against the Mafia that's what they're they abuse me lied on me assulted me Psychological torchure, Black male discrimination, and lots of other violations they did their very evil they know how to make thing's go away they caused alot of damage to me, and other people they did nothing to help protect against drug dealer's who threating me with gun's exstorted me my nabor's young, and Jamie Blake both of them got law suits that are phony, I told my counselor Mr. Kalil he promise me for two year's his suppervisor was going to do some thing about it, but he lied left me in danger, and lots of other problem's Jamie Blake even threaten Chris, also Cameal Melondy, Dayrle more went to Metropolitain hospitail to lock me up every thing should be on file I do have some time, and dates, also the Court really need to Investorgate this is a federal Ishoe I don't know the right way

3-22-2023

I don't know the right way how to say, or put things but this is the last time I'm taking abuse from ICL or drug dealer's the law don't do nothing they know they're Mafia Jewes Italains, and they don't care about black nabor hoods let them kill each other, I pay tax they do not their both drug dealer's and when I was suppost to help the police, and the fire man on Randolls Island I was deployed their they know I was tiered from working disoriented over worked during the pandemic they stalked me took advanteg of me my mental illness they prayed on me, and dealing drugs with kids around on a block with a day care Rico law, and they tried to shoot Chris, and other things?

take second look at this matter

[signature]

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

40 Million

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-22, 2023

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Tyrone Jefferson

6